DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NOE GUZMAN-VELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:06-cr-332 OWW |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE STATUS |
| v. ) | CONFERENCE; AND ORDER THEREON |
| ) | |
| NOE GUZMAN-VELA, ) | Date: November 28, 2006 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for October 24, 2006, may be continued to **November 28, 2006 at 9:00 a.m.**

The continuance sought is at the request of defense counsel to allow defense preparation and investigation.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///

///

///

///

///

preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED: October 19, 2006         McGREGOR W. SCOTT
                                United States Attorney


                                /s/ Kathleen A. Servatius
                                STEVEN M. CRASS
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


DATED: October 19, 2006         DANIEL J. BRODERICK
                                Federal Defender


                                /s/ Carrie S. Leonetti
                                CARRIE S. LEONETTI
                                Assistant Federal Defender
                                Attorney for Defendant


**O R D E R**

IT IS SO ORDERED.

**Dated:    October 19, 2006**         /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE