DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NOE GUZMAN-VELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        *Plaintiff,*  )<br>  )<br>   v.  )<br>  )<br>NOE GUZMAN-VELA,  )<br>  )<br>        *Defendant.*  )<br>_____ ) | No. 1:06-cr-332 OWW<br><br>STIPULATION TO CONTINUE MOTIONS HEARING; AND ORDER THEREON<br><br>Date:  April 2, 2007<br>Time:  9:00 a.m.<br>Judge: Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Motions Hearing, in the above captioned matter, scheduled for March 19, 2007, may be continued to **April 2, 2007 at 9:00 a.m.**

The continuance sought is at the request of defense counsel to allow her client sufficient time for consideration of a plea offer.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///

///

///

///

///

preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED: March 14, 2007					McGREGOR W. SCOTT
							United States Attorney


							/s/ Kathleen A. Servatius
							STEVEN M. CRASS
							Assistant U.S. Attorney
							Attorney for Plaintiff


DATED: March 14, 2007					DANIEL J. BRODERICK
							Federal Defender


							/s/ Carrie S. Leonetti
							CARRIE S. LEONETTI
							Assistant Federal Defender
							Attorney for Defendant


**O R D E R**

IT IS SO ORDERED.

**Dated:   March 15, 2007**					  **/s/ Oliver W. Wanger**
emm0d6							UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Hearing                    2